Deborah Barron, Esq. (SBN 153840)
BARRON LAW CORPORATION
1900 Point West Way, Suite 202
Sacramento, California 95815
Telephone – (916) 486-1712
Facsimile – (916) 927-5524

Attorneys for Plaintiffs
Arthur Silverstein, D.O. & Rebecca Hayashida

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARTHUR SILVERSTEIN, D.O., et al, | Case No. 2:12-cv-02592-WBS-CMK |
|---|---|
| Plaintiffs, | STIPULATION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE |
| vs. | |
| TOWN OF PARADISE, et al, | |
| Defendants. | |

Plaintiffs, through their attorney of record, and defendant Town of Paradise, specially appearing through counsel to oppose Plaintiffs' motion for a preliminary injunction, hereby stipulate and agree as follows:

1.      Plaintiffs motion for a preliminary injunction should be dropped from calendar with without prejudice;

2.      The Court ordered schedule for briefing and hearing Plaintiffs' motion for a preliminary injunction should be vacated.

SO STIPULATED:

Dated:  November 1, 2012

*/s/ Deborah Barron*
_____
Deborah Barron
Attorney for Plaintiffs

Date:  November 1, 2012

*/s/ Douglas R. Thorn*
_____
Douglas R. Thorn
Attorney for Defendants Town of Paradise

-1-

STIPULATION AND ORDER DROPPING MOTION FROM CALENDAR

1
<u>ORDER</u>

2        The Court has considered the foregoing stipulation of the parties.  However, the court is required

3  to decide motions for preliminary injunctive relief promptly,  It cannot drop the motion from the

4  calendar without either granting or denying it.  If plaintiffs wish to withdraw the motion altogether, they

5  may do so either by motion or by stipulation.  Unless and until the court receives such a motion or

6  stipulation, the hearing set for 3:00 p.m. on Monday, November 5, 2012 will remain on calendar.  The

7  foregoing stipulation is accordingly rejected.

8        IT IS SO ORDERED

9

10  Dated:   November 1, 2012

11

12                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION AND ORDER DROPPING MOTION FROM CALENDAR