Deborah Barron, Esq. (SBN 153840)
BARRON LAW CORPORATION
1900 Point West Way, Suite 202
Sacramento, California 95815
Telephone – (916) 486-1712
Facsimile – (916) 927-5524

Attorneys for Plaintiff
Arthur Silverstein, D.O.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR SILVERSTEIN, D.O., | Case No. 2:12-cv-02592-WBS-CMK |
| Plaintiff, | STIPULATION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE |
| vs. | |
| TOWN OF PARADISE, et al, | |
| Defendants. | |

Plaintiff, through his attorney of record, and Defendants Town of Paradise, Steve Culleton, Tim Titus, Gabriela Tazzari, Chuck Rough, Lauren Gill, Gene McCarty, Scott Lotter, Alan White, Joe DiDuca, Craig Baker, Anthony Lindsey, Bob Larson, Steve Rowe, and Rob Cone (collectively referred to herein as the "Town Defendants"), specially appearing through counsel to oppose Plaintiff's motion for a preliminary injunction, hereby stipulate and agree that Plaintiff's motion for a preliminary injunction against Town Defendants is hereby withdrawn.

SO STIPULATED:

Dated: November 1, 2012

*/s/ Deborah Barron*
Deborah Barron
Attorney for Plaintiff


Date: November 1, 2012

*/s/ Douglas R. Thorn*
Douglas R. Thorn
Attorney for Town Defendants

-1-
STIPULATION AND ORDER WITHDRAWING MOTION

1
2                                    ORDER
3        The Court has considered the stipulation of the parties, and good cause appearing for an order,
4   accepts the stipulation of the parties.  Plaintiffs' motion for a preliminary injunction is withdrawn.  The
5   November 5, 2012 hearing is hereby VACATED.
6        IT IS SO ORDERED
7
8   Dated:  November 2, 2012
9
10                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

STIPULATION AND ORDER WITHDRAWING MOTION